JACOB BAYER LUMBER COMPANY, Respondent, *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

*Bayer Lumber Co.* v. *Massachusetts Bonding & Ins. Co.*, 155 App. Div. 894, affirmed.

(Argued January 19, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a surety bond.

*Horace L. Cheyney* for appellant.

*Burt D. Whedon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.